**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30009 |
| Plaintiff-Appellee, | D.C. No. 2:12-cr-00016-DLC |
| v. | |
| JARRETT ANTHONY WALKER, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, Chief Judge, Presiding

Submitted July 26, 2016[**]

Before:    SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Jarrett Anthony Walker appeals from the district court's judgment and

challenges his guilty-plea conviction and 188-month sentence for receipt of child

pornography, in violation of 18 U.S.C. § 2252(a)(2).  Pursuant to *Anders v.

California*, 386 U.S. 738 (1967), Walker's counsel has filed a brief stating that

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Walker the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Walker waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**